**Order entered April 9, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-20-00396-CV

### IN RE THE GUARDIANSHIP OF THE PERSON OF S.H.O., AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-04214-2**

### ORDER

Before the Court is the April 8, 2020 request of Trinidad Pimentel, Dallas County Deputy Clerk, for a thirty-day extension of time to file the clerk's record. We **GRANT** the request and extend the time to **May 8, 2020**.

/s/    KEN MOLBERG
       JUSTICE